**Fill in this information to identify the case:**

Debtor 1: Charlotte Barnes

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 16-34746

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 3 2

**Date of payment change:** Must be at least 21 days after date of this notice: 07/01/2021

**New total payment:** Principal, interest, and escrow, if any   $ 769.15

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 102.91        New escrow payment: $ 297.34

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Charlotte | | Barnes | Case number (*if known*) 16-34746 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matteya Ivey
Signature

Date 06/04/2021

Print: Matteya Ivey
First Name    Middle Name    Last Name

Title: Bankruptcy Account Rep

Company: SN Servicing Corporation

Address: 323 5th Street
Number    Street

Eureka    CA    95501
City    State    ZIP Code

Contact phone: 800-603-0836

Email: bknotices@snsc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the 4th day of June, 2021. Said document was filed electronically. Service was accomplished by the method and to the following as indicated.

> By: /s/ Richard Anderson
> RICHARD E. ANDERSON
> State Bar No. 01209010
> 4920 Westport Drive
> The Colony, Texas 75056
> Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Charlotte Barnes
4319 Trail Lake Drive  (Mailing)
Houston, TX 77045

DEBTOR'S ATTORNEY
Alex Olmedo Acosta
Acosta Law, P.C.
13831 Northwest Freeway, Ste 400
Houston, TX 77040

TRUSTEE
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024

U.S. TRUSTEE
US Trustee
515 Rusk Avenue, ste 3516
Houston, TX 77002

CREDITOR ATTORNEY

> /s/ Richard E. Anderson
> RICHARD E. ANDERSON



## SN SERVICING CORPORATION
323 FIFTH STREET  
EUREKA CA  95501

(800) 603-0836  
Para Español, Ext. 2660, 2643 o 2772  
8:00 a.m. - 5:00 p.m. Pacific Time  
Main Office NMLS #5985  
Branch Office NMLS #9785

DIXIE BARNES  
4319 TRAIL LAKE DR  
HOUSTON TX  77045

Analysis Date: June 01, 2021  
Property Address: 4319 TRAIL LAKE DRIVE  HOUSTON, TX 77045                                    Loan

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2020 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 471.81 | 471.81 |
| Escrow Payment: | 102.91 | 297.34 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $574.72 | $769.15 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2021 |
| Escrow Balance: | (5,213.77) |
| Anticipated Pmts to Escrow: | 205.82 |
| Anticipated Pmts from Escrow (-): | 140.20 |
| Anticipated Escrow Balance: | ($5,148.15) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Dec 2020 | | 835.08 | | | * | Escrow Only Payment | 0.00 | 835.08 |
| Dec 2020 | | 102.91 | | | * | | 0.00 | 937.99 |
| Dec 2020 | | 937.99 | | | * | Escrow Only Payment | 0.00 | 1,875.98 |
| Dec 2020 | | | | 6,452.24 | * | | 0.00 | (4,576.26) |
| Dec 2020 | | | | 937.99 | * | Escrow Only Payment | 0.00 | (5,514.25) |
| Dec 2020 | | | | 827.07 | * | County Tax | 0.00 | (6,341.32) |
| Feb 2021 | | 205.82 | | | * | | 0.00 | (6,135.50) |
| Feb 2021 | | 102.91 | | | * | | 0.00 | (6,032.59) |
| Feb 2021 | | 120.31 | | | * | Escrow Only Payment | 0.00 | (5,912.28) |
| Feb 2021 | | | | 194.17 | * | Forced Place Insur | 0.00 | (6,106.45) |
| Mar 2021 | | | | 70.10 | * | Forced Place Insur | 0.00 | (6,176.55) |
| Apr 2021 | | 735.32 | | | * | | 0.00 | (5,441.23) |
| Apr 2021 | | | | 70.10 | * | Forced Place Insur | 0.00 | (5,511.33) |
| May 2021 | | 367.66 | | | * | | 0.00 | (5,143.67) |
| May 2021 | | | | 70.10 | * | Forced Place Insur | 0.00 | (5,213.77) |
| | | | | | | Anticipated Transactions | 0.00 | (5,213.77) |
| May 2021 | | | | 70.10 | | Forced Place Insur | | (5,283.87) |
| Jun 2021 | | 205.82 | | 70.10 | | Forced Place Insur | | (5,148.15) |
| | $0.00 | $3,613.82 | $0.00 | $8,761.97 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: June 01, 2021                                                                                                                  Final
Borrower: DIXIE BARNES                                                                                                                         Loa

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (5,148.15) | 551.40 |
| Jul 2021 | 139.02 | 70.10 | Forced Place Insur | (5,079.23) | 620.32 |
| Aug 2021 | 139.02 | 70.10 | Forced Place Insur | (5,010.31) | 689.24 |
| Sep 2021 | 139.02 | 70.10 | Forced Place Insur | (4,941.39) | 758.16 |
| Oct 2021 | 139.02 | 70.10 | Forced Place Insur | (4,872.47) | 827.08 |
| Nov 2021 | 139.02 | 70.10 | Forced Place Insur | (4,803.55) | 896.00 |
| Dec 2021 | 139.02 | 827.07 | County Tax | (5,491.60) | 207.95 |
| Dec 2021 | | | Utilities Tax | (5,491.60) | 207.95 |
| Dec 2021 | | 70.10 | Forced Place Insur | (5,561.70) | 137.85 |
| Jan 2022 | 139.02 | 70.10 | Forced Place Insur | (5,492.78) | 206.77 |
| Feb 2022 | 139.02 | 70.10 | Forced Place Insur | (5,423.86) | 275.69 |
| Mar 2022 | 139.02 | 70.10 | Forced Place Insur | (5,354.94) | 344.61 |
| Apr 2022 | 139.02 | 70.10 | Forced Place Insur | (5,286.02) | 413.53 |
| May 2022 | 139.02 | 70.10 | Forced Place Insur | (5,217.10) | 482.45 |
| Jun 2022 | 139.02 | 70.10 | Forced Place Insur | (5,148.18) | 551.37 |
| | $1,668.24 | $1,668.27 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 137.85.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 278.05 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (5,148.15).  Your starting balance (escrow balance required) according to this analysis should be $551.40.  This means you have a shortage of 5,699.55.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 1,668.27.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: June 01, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: DIXIE BARNES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 139.02 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 158.32 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $297.34 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $610.83 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**